UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MARTHA L ANGLIN, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:15-CV-342 |
| § | |
| CITIMORTGAGE, INC.; fka ABN AMRO § | |
| MORTGAGE GROUP, INC., § | |
| § | |
| Defendants. § | |

## FINAL DISMISSAL ORDER

Pending before the Court is the parties' Stipulation of Dismissal with Prejudice Pursuant to FED. R. CIV. P. 41(a)(1)(ii). Dkt. 21. The Court, having been advised that the parties have resolved their controversies, hereby,

**ORDERS** that this case is **Dismissed with prejudice.** Costs shall be taxed against the party incurring same.

It is further **ORDERED** that any pending motions are hereby **DENIED, as moot**.

This is a **Final Judgment**.

SIGNED at Galveston, Texas, this 1st day of February, 2017.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge